UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDY PITTMAN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No:  C 11-3443 SBA<br><br>**ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Docket 21 |

　　　This matter is before the Court on Petitioner Brandy Pittman's motion for appointment of counsel.  The Sixth Amendment's right to counsel does not apply in habeas corpus actions.  See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation.  The decision to appoint counsel is within the discretion of the district court.  See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986).  The exercise of such discretion in favor of appointing counsel generally is reserved for cases where exceptional circumstances are present.  See generally 1 J. Liebman & R. Hertz, Federal Habeas Corpus Practice and Procedure § 12.3b at 383-86 (2d ed.1994).  Here, Petitioner has not shown that there are exceptional circumstances warranting the appointment of counsel.  Accordingly, her motion for the appointment of counsel is DENIED.  This Order terminates Docket 21.

　　　IT IS SO ORDERED.

Dated: September 28, 2012

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

BRANDY PITTMAN et al,

        Defendant.
_____/

Case Number: CV11-03443 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brandy Pittman 34427-086
FCI Dublin
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: October 1, 2012

                                Richard W. Wieking, Clerk

                                     By: Lisa Clark, Deputy Clerk