UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDY PITTMAN,<br><br>      Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | Case No: C 11-3443 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Dismissing Habeas Action,

    IT IS HEREBY ORDERED THAT final judgment is entered for Respondent.

    IT IS SO ORDERED.

Dated:  9/3/14

                                                                                                         SAUNDRA BROWN ARMSTRONG<br>
                                                                                                              United States District Judge